# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-cr-277 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHAWN JONES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 3, 2024.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on May 14, 2025. The defendant admitted to the following violations:

1. Illicit Substance Use;
2. Illicit Substance Use;
3. Failure to Report Law Enforcement Contact;
4. Maintaining an Unreported Residence;[2]
5. Unauthorized Travel;
6. Failure to Answer Questions Truthfully;
7. Illicit Substance Use;
8. New Law Conviction;[3] and
9. Maintaining an Unreported Address Outside of Northern District of Ohio.

---

[1] Supplemental report was filed on September 5, 2025, and Superseding report was filed on September 25, 2025.

[2] The government moved to dismiss violations 4 and 9, and that motion is granted.

[3] Pennsylvania new law violation was amended to a misdemeanor.

The magistrate judge filed a report and recommendation on September 10, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1, 2, 3, 5, 6, 7 and 8.

A final supervised release violation hearing was conducted on September 30, 2025. Present were the following: Assistant United States Attorney Joseph Dangelo, representing the United States; Assistant Federal Public Defender Justin Roberts, representing the defendant; the defendant Shawn Jones, and United States Probation Officer Mike Zakrajsek.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 5, 6, 7 and 8.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 13 months, with credit for time served to date from December 13, 2024. **The court recommends that the defendant be placed in FCI Elkton**.

Following imprisonment, the defendant is to be placed on supervised release for a period of 23 months, with the same terms and conditions as previously imposed, and with the following additional conditions:

**Residential Reentry Center**: Placement at the Residential Reentry Center (RRC) for up to 6 months immediately upon release from custody or, if a bed is not immediately available, as soon as a bed becomes available.

**Location Monitoring Program**: To commence no later than within 30 days of his release from the Residential Reentry Center. You shall participate in the location monitoring program for a period of 180 days utilizing technology at the discretion of officer and shall abide by all technology requirements. You are restricted to your residence at all times except for employment; education; religious activities, medical, substance abuse, or mental health treatment; attorney visits, court appearances; court-ordered obligations; or other essential activities as approved by the U.S. Pretrial Services and Probation Officer. Defendant remanded.

    **IT IS SO ORDERED**.

Dated: October 1, 2025

                                            **HONORABLE SARA LIOI**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**